UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Susana Ragos Chung )<br>Attorney at Law, Bar No. 8405 )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:16-ms-38<br><br>**ORDER OF DISBARMENT** |

On April 26, 2016, this Court entered an Order to Show Cause Disbarring Susana Ragos Chung, mailed to the last known address, 5940 S. Rainbow Blvd. Suite 1000, Las Vegas, Nevada 89118, via certified mail on April 27, 2016. However, the Order to Show Cause was returned from the United States Postal Service marked "Attempted - Not Known Unable to Forward." The Order to Show Cause provided Ms. Chung with 30 days to respond with reasons why she should not be disbarred from the practice of law in this Court. No response has been received from Ms. Chung. Failure to respond within 30 days warrants an Order of Disbarment. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Susana Ragos Chung, Nevada State Bar #8405, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this 17 day of November, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 18th day of November, 2016, I caused to be served a true and correct copy of the foregoing ORDER to the following party at their last known address via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Susana Ragos Chung
>5940 S Rainbow Blvd. Ste 1000
>Las Vegas, NV 89118

Certified Mail No.:   7016 2070 0000 6879 6573

/s/
Deputy Clerk
United States District Court,
District of Nevada